UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* GNGH2 Inc., | Case No. 1:24-cv-196 |
| Plaintiff-Relator, | HON. PAUL L. MALONEY<br>U.S. District Judge |
| v. | |
| HORN USA, Inc., | **FILED *EX PARTE* AND**<br>**UNDER SEAL** |
| Defendant. | |

_____/

## ORDER

Upon consideration of the United States of America's Notice of Election To Intervene for Purposes of Settlement, and for the reasons set forth therein:

IT IS HEREBY ORDERED that,

1. The Complaint be unsealed;

2. Partially-redacted copies of the following pleadings, attached as Exhibits 1-3 to the United States' Notice, be placed on the public docket;

    a. Memorandum in Support of the United States of America's First *Ex Parte* Application for an Extension of Time To Consider Election to Intervene (May 1, 2024);

    b. Memorandum of Law in Support of the United States of America's *Ex Parte* Application for Partial Lifting of the Seal (August 27, 2024);

    c. Memorandum in Support of the United States of America's Second *Ex Parte* Application for an Extension of Time To Consider Election to Intervene (October 23, 2024);

3. All copies of Administrative Order Nos. 24-066 and 24-CA-100 entered by Chief U.S. District Judge Hala Y. Jarbou on August 16, 2024 and November 19, 2024, respectively, remain under seal in their entirety; and

4. The seal be lifted as to all other contents of the Court's file and all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED, this 7th day of January, 2025.

                           /s/ Paul L. Maloney
                           HON. PAUL L. MALONEY
                           United States District Judge